**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3407-21

THOMAS M. HAYES,

     Plaintiff-Respondent,

v.

DEBRA A. HAYES,[1]

     Defendant-Appellant.

_____

        Submitted February 27, 2024 – Decided May 7, 2024

        Before Judges Rose and Smith.

        On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Morris County, Docket No. FM-14-0894-00.

        Debra A. Hayes, appellant pro se.

        Trautmann and Associates, LLC, attorneys for respondent (Gregg D. Trautmann, on the brief).

PER CURIAM

---

[1] The court notes that Debra A. Hayes passed away on April 11, 2024.

The court notes that the defendant-appellant, Debra A. Hayes passed away on April 11, 2024. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-3407-21